IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

DEC 1 1 2017

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES JESSE SANCHEZ, JR.,<br><br>Defendant. | CR 00-114-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Continue (Doc. 390) the revocation hearing scheduled for Wednesday, December 13, 2017 at 9:30 a.m., and for good cause being shown,

IT IS HEREBY ORDERED that the revocation hearing presently set for December 13, 2017, is **VACATED** and **RESET** for Thursday, March 22, 2018, 2017, at 1:30 p.m.

DATED this 11th day of December, 2017.

SUSAN P. WATTERS
United States District Judge

1